7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Janies Keesee Shannon –Below Med–
*Debtor*

*Bankruptcy Case No.*
15–42608–drd13

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
15–04158–drd

v.

**Janies Keesee Shannon**
  Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to KDoL, which is subject to statutory penalty and interest pursuant to K.S.A. §44–719(d)(2), should be and hereby is exempted from discharge. The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00. All pursuant to 11 U.S.C. § 523(a)(2).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
  Deputy Clerk



Date of issuance: 1/12/16

Court to serve